**Order entered September 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00519-CV

### ESTER WILLIAMS, A HOLEE BAIL BONDS, Appellant

### V.

### JOANN SEMPLE, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-16-06177-C**

## ORDER

Before the Court is appellant's August 30, 2019 first unopposed motion for extension of time to file her opening brief. Appellant explains the extension is needed, in part, because the parties are attempting to settle their dispute.

We **GRANT** the motion and **ORDER** appellant to file her opening brief, a status report concerning the parties' settlement efforts, or a motion to dismiss the appeal no later than October 1, 2019.

/s/    BILL WHITEHILL
        JUSTICE